# Court of Appeals
# of the State of Georgia

ATLANTA,  August 28, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0118. MARCEL LAROME COOK v. THE STATE.**

In February 2015, Marcel LaRome Cook pleaded guilty to a number of crimes, including aggravated assault, armed robbery, and cruelty to children in the first degree. On June 20, 2023, Cook filed a motion to dismiss the indictment under which he had entered his guilty plea. Specifically, Cook's motion challenged both the grand jury proceedings that resulted in the indictment, as well as the sufficiency of that indictment. The trial court denied Cook's motion to dismiss, and he filed this direct appeal. We lack jurisdiction.

In substance, Cook's challenge to his indictment seeks to have his convictions vacated. See *Jones v. State*, 290 Ga. App. 490, 494 (2) (659 SE2d 875) (2008) (holding that challenges to the indictment "are essentially attempts to vacate a judgment of conviction"). The Supreme Court of Georgia has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); see *Harper v. State*, 286 Ga. 216, 218 (2) (686 SE2d 786) (2009). Thus, because Cook is not authorized to collaterally attack his conviction in this manner, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,___08/28/2023_____*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*